UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL RAMSEY,<br><br>　　　　　Defendant. | Case No: CR 09-398 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 221 |

　　　On April 4, 2013, Defendant Daniel Ramsey filed a pro se motion for the return of his property. The Government not responded to the motion. Accordingly,

　　　IT IS HEREBY ORDERED THAT the Government shall file a written response to the motion by no later than June 7, 2013. The Court will take the matter under submission as of the date the Government's response is due.

　　　IT IS SO ORDERED.

Dated: May 22, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge