UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL RAMSEY,<br><br>    Defendant. | Case No: CR 09-398 SBA<br><br>**ORDER SETTING REVISED BRIEFING SCHEDULE**<br><br>Dkt. 221 |

On April 4, 2013, Defendant Daniel Ramsey filed a pro se motion for the return of his property. Dkt. 221. The Court previously ordered the Government to file a response to the motion by June 7, 2013. Dkt. 222. However, no response from the Government has been received, most likely because counsel of record for the Government no longer are affiliated with the United States Attorney's Office in this District. Accordingly,

IT IS HEREBY ORDERED THAT the deadline for the Government's response is enlarged to August 22, 2013. The Clerk shall serve a copy of this Order on Thomas Stevens, United States Attorney's Office, 1301 Clay St., Ste. 340S, Oakland, California 94612. The Court will take the matter under submission as of the date the Government's response is due.

IT IS SO ORDERED.

Dated: July 11, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge