1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          OAKLAND DIVISION

9

10   UNITED STATES OF AMERICA,            Case No:  CR 09-398 SBA

11              Plaintiff,                **ORDER DENYING DEFENDANT'S
                                          MOTION FOR RETURN OF
12        vs.                             PROPERTY**

13   DANIEL RAMSEY,

14              Defendant.

15

16        On April 4, 2013, Defendant Daniel Ramsey filed a pro se motion for the return of

17   his property.  Dkt. 221.  Subsequent to the filing of said motion, Defendant's mother

18   retrieved the subject property from the Antioch Police Department on June 18, 2013.  Dkt.

19   226.  Accordingly,

20        IT IS HEREBY ORDERED THAT Defendant's motion for return of property is

21   DENIED as moot.  This Order terminates Docket 221.

22        IT IS SO ORDERED.

23   Dated:  July 19, 2013

24                                        SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
25

26

27

28